

| | |
|---|---|
| DISTRICT COURT, CROWLEY COUNTY, COLORADO<br>Crowley Combined Court<br>110 East 6th Room 303<br>Ordway, CO 81063 | DATE FILED: September 2, 2014 2:45 PM |
| **Plaintiff:**<br>KCVN, LLC<br><br>v.<br><br>**Defendant:**<br>V&S RAILWAY, LLC | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br><br>Lawrence W. Treece, #5384<br>Mark T. Barnes, #23091<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, Colorado  80202-4437<br>Phone:  303.223.1100<br>Fax:  303.223.1111<br>Emails: ltreece@bhfs.com; mbarnes@bhfs.com | Case Number: 2014CV030012<br><br>Div.: B |
| **SUBMISSION OF RETURN OF SERVICE** ||

Plaintiff, KCVN, LLC ("KCVN"), by and through counsel, Brownstein Hyatt Farber Schreck, LLP, provides the following with respect to service on Defendant, V&S Railway, LLC:

1. Defendant V&S Railway, LLC's Registered Agent, CT Corporation, was served via process server on August 28, 2014 with the Verified Complaint, Motion for Temporary Restraining Order, Brief in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Hearing with Exhibits, and the Temporary Restraining Order issued on August 28, 2014.  Attached hereto as Exhibit A is the Return of Service.

2. A copy of the Verified Complaint, Motion for Temporary Restraining Order, Brief in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Hearing with Exhibits, and the Temporary Restraining Order issued on August 28, 2014 was also sent via Federal Express to Defendant V&S Railway, LLC's Corporate Headquarters on August 29, 2014.  Attached hereto as Exhibit B is the FedEx confirmation of delivery.

2

3. Defendant V&S Railway, LLC's counsel, Fritz R. Kahn, Esq. was served via electronic mail and Federal Express on August 28, 2014 and August 29, 2014 respectively. Mr. Kahn was served with the Verified Complaint, Motion for Temporary Restraining Order, Brief in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Hearing with Exhibits, and the Temporary Restraining Order issued on August 28, 2014. Attached hereto as Exhibit C is the FedEx confirmation of delivery.

Respectfully submitted this 2nd day of September, 2014.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*Original signature on file at Brownstein Hyatt Farber Schreck, LLP*

By:  /s/ Lawrence W. Treece
Lawrence W. Treece, #5384
Mark T. Barnes, #23091

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd of September, 2014, a true and correct copy of the foregoing **SUBMISSION OF RETURN OF SERVICE** was filed with the Court and served on the following counsel by Email and Federal Express:

Fritz Kahn, P.C.
1919 M. Street, NW
7th Floor
Washington DC, 20036
Phone: (202) 263-4152
Email: xiccgc@verizon.net

    *s/ Penny G. Lalonde*
    Penny G. Lalonde, Paralegal

DATE FILED: September 2, 2014 2:45 PM

# EXHIBIT A

# RETURN OF SERVICE

Case No. 14CV30012

I, Jesse James Casias, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served V&S RAILWAY, LLC, a true and correct copy of the within Temporary Restraining Order, together with Verified Complaint; Motion for Temporary Restraining Order; Brief in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Hearing; Exhibit 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 and 16, by handing and delivering to CHERIE NASH personally, as Process Clerk to the CT Corporation, as Registered Agent to V&S RAILWAY, LLC, on August 28, 2014, at 2:14 P.M., at 1675 Broadway, Unit 1200, Denver, Colorado 80202. CHERIE NASH being over the age of eighteen years.

_____
Jesse James Casias
Private Process Server

STATE OF COLORADO )
                  ) ss.
City & County of Denver )

Subscribed and sworn before me this August 29, 2014.

HELEN B. HAYS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934008056
MY COMMISSION EXPIRES JUNE 3, 2017

_____
Helen B. Hays
Notary Public
1177 Grant Street, Unit 104
Denver, CO 80203

DATE FILED: September 2, 2014 2:45 PM

# EXHIBIT B

**From:** trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
**Sent:** Friday, August 29, 2014 11:17 AM
**To:** Lalonde, Penny G.
**Subject:** FedEx Shipment 770983395233 Delivered

fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# Your package has been delivered

Tracking # 770983395233

| | |
|---|---|
| **Ship (P/U) date:**<br>Thursday, 8/28/14<br><br>**Lisa Lyon**<br>BROWNSTEIN<br>HYATTFARBER SCHRECK<br>DENVER, CO 80202<br>US | **Delivery date:**<br>Friday, 8/29/14 11:11 AM<br><br>**Corporate Headquarters**<br>V&R Railway, LLC<br>1505 S REDWOOD RD<br>SALT LAKE CITY, UT 84104<br>US |


Delivered



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770983395233 |
| Status: | Delivered: 08/29/2014 11:11 AM Signed for By: C.GARRICK |
| Reference: | 17673.1/MBarnes |
| Signed for by: | C.GARRICK |
| Delivery location: | SALT LAKE CITY, UT |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 3.00 lb. |
| Special handling/Services: | Deliver Weekday |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:16 PM CDT on 08/29/2014.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to fedex.com.

Thank you for your business.

DATE FILED: September 2, 2014 2:45 PM

# EXHIBIT C

**From:** <trackingupdates@fedex.com>
**Date:** August 29, 2014 at 8:23:47 AM MDT
**To:** <plalonde@bhfs.com>
**Subject: FedEx Shipment 770979502114 Delivered**
**Reply-To:** <trackingmail@fedex.com>

fedex.com | Ship | Track | Manage | Learn | Office/Print Services

## Your package has been delivered

Tracking # 770979502114

| | | |
|---|---|---|
| **Ship (P/U) date:**<br>Thursday, 8/28/14<br><br>Penny Lalonde<br>Brownstein Hyatt Farber Schrec<br>Denver, CO 80202<br>US | <br>Delivered | **Delivery date:**<br>Friday, 8/29/14 10:19 AM<br><br>Fritz Kahn<br>Fritz R. Kahn, P.C.<br>1919 M Street NW 7th Floor<br>WASHINGTON, DC 20036<br>US |



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770979502114 |
| Status: | Delivered: 08/29/2014 10:19 AM Signed for By: T.WALKER |
| Reference: | 17673.1 |
| Signed for by: | T.WALKER |
| Delivery location: | WASHINGTON, DC |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 3.00 lb. |
| Special handling/Services: | Deliver Weekday |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:23 AM CDT on 08/29/2014.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to fedex.com.

Thank you for your business.