IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 14-cv-02450-CBS | Date: October 24, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

KCVN, LLC,  Lawrence Treece
  Hannah Misner

Plaintiff,

v.

V&S RAILWAY, LLC  Gregory Goldberg
  Sean Hanlon

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:29 p.m.**
Court calls case. Appearances of counsel.

Defendant Doug Davis is present with counsel.

This hearing comes before the Court in regards to MOTION [13] to Dissolve Temporary Restraining Order. Counsel proceeds with oral arguments.

**ORDERED:** The Court intends to GRANT MOTION [13] to Dissolve Temporary Restraining Order for the reasons stated on the record. Due to the time that has passed since the Temporary Restraining Order has been in place, the Court is treating the Temporary Restraining Order as a Preliminary Injunction, which is to be dissolved. The Court will STAY the effectiveness of the order granting the Motion until October 31, 2014 at 5:00 p.m., to allow the Plaintiff to raise the issue with the Surface Transportation Board. Therefore, a formal Order from the Court granting the Motion will not be entered until October 31, 2014.

Plaintiff's MOTION [29] to Re-File Temporary Restraining Order Bond in This Court is **GRANTED** and the bond may be transferred into the Court's Registry.

>A Telephonic Status Conference to discuss progress with the Surface Transportation Board is set for November 24, 2014 at 11:00 a.m. Parties participating in the conference call, shall first initiate a conference call amongst themselves, and then call the court at (303) 844-2117 at the scheduled time.

Discussion regarding increasing the bond.

HEARING CONCLUDED.

**Court in recess: 03:35 p.m.**
Total time in court: 02:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.