**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 14-cv-02450-CBS

KCVN, LLC,

    Plaintiff,

vs.

V&S RAILWAY, LLC,

    Defendant.

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND RELEASING BOND

This matter came before the court on the Parties' Stipulation and Joint Motion to Dismiss Without Prejudice and to Release of Bond ("Motion") (Doc. # 46). The Parties have reached an agreement to dismiss this case without prejudice, and the court finds that good cause exists for granting the Motion. The court hereby GRANTS the Motion and Orders that:

1. This case is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

2. The bond posted by Plaintiff KCVN LLC ("KCVN") on October 24, 2014 is immediately released to KCVN.

3. The Clerk of the Court is ordered to release the bond and return the deposited funds to KCVN by delivery of a check in the amount of $500,000 payable to KCVN LLC to be delivered to counsel for KCVN, Lawrence W. Treece, BROWNSTEIN HYATT FARBER SCHRECK, LLP, 410 Seventeenth Street Suite 2200, Denver, CO 80202-4432.

4. The Status Conference is set for Friday, July 10, 2015 at 9:00 a.m. Mountain Time in Courtroom A-402 before Magistrate Judge Craig B. Shaffer is VACATED.

DATED this 10th day of July, 2015.

BY THE COURT

_____
Craig B. Shaffer
United States Magistrate Judge