IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-02450-CBS

KCVN, LLC,

    Plaintiff,

vs.

V&S RAILWAY, LLC,

    Defendant.

## AMENDED ORDER RELEASING BOND

This matter came before the court on the Parties' Stipulation and Joint Motion to Dismiss Without Prejudice and to Release of Bond ("Motion") (Doc. # 46). The Parties have reached an agreement to dismiss this case without prejudice, and the court finds that good cause exists for granting the Motion. It is hereby ORDERED that:

1. The bond posted by Plaintiff KCVN LLC on October 24, 2014 is released to KCVN.

2. The Clerk of the Court is ordered to release the bond and return the deposited funds to KCVN by delivery of a check in the amount of $500,000 plus accrued interest less any fees payable to KCVN LLC to be delivered to counsel for KCVN, Lawrence W. Treece, BROWNSTEIN HYATT FARBER SCHRECK, LLP, 410 Seventeenth Street Suite 2200, Denver, CO 80202-4432.

DATED this 21st day of July, 2015.

BY THE COURT:

_____
Craig B. Shaffer
United States Magistrate Judge